# UNITED STATES DISTRICT COURT
for the
Western District of Texas

CHRYSANTHE PARKER

*Plaintiff(s)*

v.

SPOTIFY USA, INC., HIGH FIVE CONTENT, LLC, TRADECRAFT ALTERNATIVE, LLC, and JASON CAVANAGH

*Defendant(s)*

Civil Action No. 5:21-CV-00175-DAE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Spotify USA, Inc. by serving its registered agent for service of process,
National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Roy Barrera, III
RBarrera@thebarrerafirm.com
The Barrera Firm
424 E Nueva
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT JEANNETTE J. CLACK

*Signature of Clerk or Deputy Clerk*

Date: 02/25/2021



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CHRYSANTHE PARKER<br><br>*Plaintiff(s)*<br>v.<br>SPOTIFY USA, INC., HIGH FIVE CONTENT, LLC, TRADECRAFT ALTERNATIVE, LLC, and JASON CAVANAGH<br><br>*Defendant(s)* | Civil Action No. 5:21-CV-00175-DAE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* High Five Content, LLC by serving its registered agent for service of process
Andrew Evan Jacobs
5156 El Rio Avenue
Los Angeles, California 90041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Roy Barrera, III
RBarrera@thebarrerafirm.com
The Barrera Firm
424 E Nueva
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

Date: 02/25/2021                         _____
                                          *Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| CHRYSANTHE PARKER <br><br> *Plaintiff(s)* <br> v. <br> SPOTIFY USA, INC., HIGH FIVE CONTENT, LLC, TRADECRAFT ALTERNATIVE, LLC, and JASON CAVANAGH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:21-CV-00175-DAE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tradecraft Alternative, LLC by serving its registered agent for service of process
Ash Sarohia
6121 Sunset Blvd
Los Angeles, California, 90028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Roy Barrera, III
RBarrera@thebarrerafirm.com
The Barrera Firm
424 E Nueva
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT JEANNETTE J. CLACK

Date: 02/25/2021

*Signature of Clerk or Deputy Clerk*



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CHRYSANTHE PARKER<br><br>*Plaintiff(s)*<br>v.<br>SPOTIFY USA, INC., HIGH FIVE CONTENT, LLC, TRADECRAFT ALTERNATIVE, LLC, and JASON CAVANAGH<br><br>*Defendant(s)* | Civil Action No. 5:21-CV-00175-DAE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jason Cavanagh
4440 Ambrose Ave, Apt 101
Los Angeles, California 90027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Roy Barrera, III
RBarrera@thebarrerafirm.com
The Barrera Firm
424 E Nueva
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

Date: 02/25/2021                                    *Signature of Clerk or Deputy Clerk*

