IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRYSANTHE PARKER, | § | No. 5:21–CV–175–DAE |
| Plaintiff, | § | |
| vs. | § | |
| SPOTIFY USA, INC. et al., | § | |
| Defendants. | § | |

ORDER REGARDING SCHEDULING DEADLINES

Before the Court is the status of this case, which was filed by Plaintiff Dr. Chrysanthe Parker ("Plaintiff") on February 24, 2021. (Dkt. # 1.) On April 26, 2021, Defendants Spotify USA, Inc., High Five Content, LLC, Tradecraft Alternative, LLC, and Jason Cavanagh (collectively, "Defendants") filed a Motion to Dismiss. (Dkt. # 12.) Because the parties have sought multiple extensions on their deadlines for a Response and Reply, the Motion is still not fully briefed. (See Dkts. ## 13, 14, 15, 16, 18.) On June 1, 2021, the parties jointly submitted scheduling recommendations with deadlines that hinge on the Court's ruling on the pending Motion to Dismiss. (Dkt. # 17.) Upon review of the scheduling recommendations, and in light of the pending Motion to Dismiss, the Court will not issue a scheduling order at this time.

Instead, the Court hereby **ORDERS** the parties to re-submit scheduling recommendations **with proposed deadlines specified by calendar date**—if necessary in light of the Court's ruling on the Motion to Dismiss—to the Court **no later than thirty (30) days after the Court rules on the pending Motion to Dismiss.**

**IT IS SO ORDERED.**

**DATED:** July 2, 2021, San Antonio, Texas.

David Alan Ezra
Senior United States District Judge