UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. CHRYSANTHE PARKER, | § | No. 5:21-CV-175-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| SPOTIFY USA, INC., HIGH FIVE CONTENT, LLC, TRADECRAFT ALTERNATIVE, LLC, JASON CAVANAGH, | § § § § | |
| | § | |
| Defendants. | § § | |

ORDER DISMISSING CASE

The matter before the Court is the status of this case. On November 1, 2021, the Court granted Plaintiff leave to amend the complaint within thirty days of that order. (Dkt. # 25.) The Court stated that if Plaintiff failed to file an amended complaint by that date, the Court will dismiss this case. Plaintiff did not file an amended complaint and the time to do so has now passed.

In accordance with the Court's previous Order (Dkt. # 25), the Court hereby **DISMISSES** the case **WITHOUT PREJUDICE**. The Clerk's Office is **INSTRUCTED TO ENTER JUDGMENT** and **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, August 23, 2022.

1

_____
David Alan Ezra
Senior United States District Judge